UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| PERRY LEE DIXON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 3:13-CV-28 |
| ) | (VARLAN/GUYTON) |
| FORT LOUDOUN ELECTRIC COOPERATIVE ) | |
| and INTERNATIONAL BROTHERHOOD OF ) | |
| ELECTRICAL WORKERS (I.B.E.W.) LOCAL 760, ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons discussed in the memorandum opinion entered contemporaneously herewith, Fort Loudoun Electric Cooperative's motion to dismiss [Doc. 6] is **GRANTED**. Plaintiff's claims against Fort Loudoun Electric Cooperative are hereby **DISMISSED**.

ORDER ACCORDINGLY.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

s/ Debra C. Poplin
CLERK OF COURT